Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Kyle J. Hoyt
Nevada Bar No. 14886
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com
khoyt@wshblaw.com

Attorneys for Defendants, Dmitry Pustylnikov
and Knight Transportation, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CHRIS MICHAELS, individually; DEAN BORISLAV KOLEV, individually; and CHRISTINE LE, individually,<br><br>Plaintiffs,<br><br>v.<br><br>DMITRY PUSTYLNIKOV, individually; KNIGHT TRANSPORTATION, INC. a Foreign Corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | Case No. 2:21-cv-<br><br>**DEFENDANT KNIGHT TRANSPORTATION, INC.'S PETITION FOR REMOVAL**<br><br>The Hon. TBD<br><br>Trial Date:     None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

COME NOW, Petitioner/Defendant KNIGHT TRANSPORTATION, INC. ("Defendant"), by and through their attorneys, the law firm of WOOD, SMITH, HENNING & BERMAN, LLP, and hereby remove the above-captioned action currently pending in the District Court of Clark County, Nevada to the United States District Court for the District of Nevada.

## I.

## BACKGROUND

1. On or about January 26, 2021, Plaintiffs filed a Complaint in the District Court of Clark County, Nevada (hereinafter the "State Court Action"). The State Court Action was assigned Docket No. A-21-828456-C.[1]

2. On or about March 5, 2021, Defendant Knight Transportation, Inc. Registered Agent accepted service of the Plaintiffs' Complaint in the State Court Action.[2] This removal is therefore timely because Defendants are removing the State Court Action within thirty (30) days after the March 5, 2021 acceptance of service of process by Defendant Knight Transportation, Inc. 28 U.S.C. §1446(b).

3. Knight Transportation and Dmitry Pustylnikov are named as a Defendants in the Complaint. The Complaint purports to assert causes of action sounding in (1) Negligence; (2) Negligence/Respondeat Super; and (3) Negligent Hiring, Training, Retention and Supervision.[3]

4. In the Complaint, Plaintiffs allege injuries as a result of a motor vehicle accident that occurred on or about February 4, 2019.[4]

5. Plaintiffs seek medical damages; general damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00); special damages in an amount to be proven at time of trial; Damages related to the lost wages and/or future loss earning capacity; damages related to loss of household

---

[1] **Exhibit "A"**: Plaintiffs' Complaint.

[2] **Exhibit "B"**: Service of Process Transmittal stamped March 5, 2021.

[3] See Exhibit "A", generally.

[4] Id. at p. 4.

services, reasonable attorneys' fees and costs incurred herein; prejudgment interest; and for such other and further relief that the court may deem just and proper.[5]

6. Pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441(a), this Petition for Removal is being filed in the United States District Court for the District of Nevada, which is part of the "district and division" embracing the place where this action was filed – Clark County, Nevada.

7. Pursuant to 28 U.S.C. §1446(d), a Notice of Removal to All Adverse Parties will be promptly served upon Plaintiffs' Counsel and filed with the Clerk of the District Court of Clark County, Nevada.[6]

## II.

## STATUTORY REQUIREMENTS: 28 U.S.C. §1332

8. <u>Diversity</u>. This Court has diversity jurisdiction of this action pursuant to 28 U.S.C. §1332.

9. Plaintiffs allege in their Complaint that they are residents of Clark County, State of Nevada.[7]

10. Defendant Knight Transportation, Inc. is an Arizona corporation.

11. Defendant Dmitry Pustylnikov is a resident of Florida.

12. Diversity, therefore, exists because Plaintiffs are citizens of Nevada and Defendants are citizens of Arizona and Florida.

13. <u>Amount in Controversy</u>. Plaintiffs seek judgment against Defendants for medical damages; general damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00); special damages in an amount to be proven at time of trial; Damages related to the lost wages and/or future loss earning capacity; damages related to loss of household services, reasonable attorneys' fees and costs incurred herein; prejudgment interest; and for such other and further relief that the court may

---

[5] <u>Id.</u> at p. 8-9.

[6] **Exhibit "C"**: Notice of Filing Petition for Removal to be filed concurrently with this Petition.

[7] <u>See</u> Exhibit "A" at p. 2.

1  deem just and proper.[8] Plaintiffs have not provided a break down of past medical specials for each
2  of the three Plaintiffs at this time. However, Plaintiffs' counsel did advise that Plaintiff Mr. Kolev
3  has allegedly obtained a recommendation for lumbar spine surgery with Dr. Bady.

4    14.    Therefore, this Court has jurisdiction of this action pursuant to 28 U.S.C. §1332 since
5  the alleged amount in controversy is in excess of $75,000.00.

## III.

## CONCLUSION

Based on the forgoing, Petitioner/Defendant respectfully request this action be removed to this Court, that all further proceedings in the State Court be stayed, and that Petitioner/Defendant obtain all additional relief to which they are entitled.

DATED: March 24, 2021    WOOD, SMITH, HENNING & BERMAN LLP

By:    */s/ Analise Tilton*
    JOEL D. ODOU
    Nevada Bar No. 7468
    ANALISE N. M. TILTON
    Nevada Bar No. 13185
    KYLE J. HOYT
    Nevada Bar No. 14886
Attorneys for Defendants, Dmitry Pustylnikov and Knight Transportation, Inc.

---

[8] Id. at p. 8-9.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of March, 2021, a true and correct copy of **DEFENDANTS' PETITION FOR REMOVAL** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Johana Whitbeck*
Johana Whitbeck, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP