BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
JOSEPH W. GUINDY, ESQ.
Nevada Bar No. 15556
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel:  (702) 464-5000
Fax:  (702) 463-4440
ash@mwinjury.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS MICHAELS, individually; DEIAN BORISLAV KOLEV, individually; and CHRISTINE LE, individually;<br><br>Plaintiff,<br>vs.<br><br>DMITRY PUSTYLNIKOV, individually; KNIGHT TRANSPORTATION, INC., a Foreign Corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO:  2:21-cv-00484-JAD-BNW<br><br>**STIPULATION TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER**<br>**(SECOND REQUEST)**<br><br>**SUBMITTED IN COMPLIANCE WITH LR 26-1(B)** |

Plaintiffs, CHRIS MICHAELS, DEIAN BORISLAV KOLEV, and CHRISTINE LE, by and through their attorneys of record BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., ASH MARIE BLACKBURN, ESQ., and JOSEPH W. GUINDY, ESQ., of MAINOR WIRTH, LLP, Defendants DMITRY PUSTYLNIKOV and KNIGHT TRANSPORTAION, INC. by and through their counsel of record JOEL D. ODOU, ESQ., ANALISE N. M. TILTON, ESQ. and SUSANA SANTANA, ESQ., of WOOD, SMITH, HENNING & BERMAN, LLP, hereby submit their Stipulated Discovery Plan and Scheduling Order pursuant to Fed R. Civ. P. 26(f) and Local

Rule 26-1.

I. **Discovery Conducted to Date (LR 26-4(a))**:

Both parties have submitted their initial FRCP 26.1 disclosures. Both parties have served written discovery requests. Plaintiffs have responded to Defendant Dmitry Pustylnikov's Interrogatories, Requests for Production of Documents, and Requests for Admission. Plaintiffs have provided Defendants with requested authorizations, allowing Defendants the ability to request Plaintiffs' medical and employment records for the five years prior to the accident to the present. Plaintiffs are in the process of obtaining availability for their depositions. Defendants Dmitry Pustylnikov and Knight Transportation have each responded to Plaintiff Deian Kolev's Interrogatories, Requests for Production of Documents, and Requests for Admission. On August 31, 2021, Plaintiff served a letter to Defendants requesting supplemental responses to Plaintiff's written discovery requests. On October 7, 2021 Defendants served supplemental responses and are obtaining availability for the deposition of Defendant Pustylnikov. Both parties have supplemented their Initial Disclosures pursuant to FRCP 26.1.

II. **Discovery to Be Conducted (LR 26-4(b))**:

- Deposition of Defendant Pustylnikov;
- Deposition of Plaintiffs;
- Deposition of Witness Renzo Cubas;
- Deposition of Witness Sam Molina;
- Deposition of Witness Loren Richardson;
- Deposition of Witness Eric Brand;
- Additional Written Discovery;
- Production of Expert Reports;
- Rebuttal expert witness reports;
- Treating Physician Depositions; and
- Expert Depositions

///

///

### III. The Reasons the Remaining Discovery Cannot Be Completed Within the Time Limits Set by The Discovery Plan (LR 26-4(c)):

This extension is requested as a result of the continued developments and effects regarding the COVID-19 emergency, which have delayed the ability to obtain independently requested medical records, delayed crucial depositions, and has significantly hindered other remaining discovery in this action. Due to scheduling conflicts, the parties have been unable to schedule the requested depositions. Additionally, all Plaintiffs are still receiving medical treatment for injuries sustained as a result of the subject collision. Accordingly, additional time will be needed to complete the remaining discovery.

### IV. Proposed Schedule for Completing All Remaining Discovery (LR 26-4(d)):

The current discovery deadlines are as follows:

| | |
|---|---|
| 1. Discovery Cutoff (LR 26-1(b)(1)): | December 17, 2021 |
| 2. Amend Pleadings and Add Parties (LR 26-1(b)(2)): | September 20, 2021 |
| 3. Initial Expert Disclosures (LR 26-1(b)(3)): | October 18, 2021 |
| 4. Rebuttal Expert Disclosures (LR 26-1(b)(3)): | November 16, 2021 |
| 5. Dispositive Motions (LR 26-1(b)(4)): | January 17, 2022 |
| 6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)): | February 15, 2022 |

The parties propose extending all discovery deadlines by **sixty (60) days** as follows:

| | |
|---|---|
| 1. Discovery Cutoff (LR 26-1(b)(1)): | February 15, 2022 |
| 2. Amend Pleadings and Add Parties (LR 26-1(b)(2)): | November 19, 2021 |
| 3. Initial Expert Disclosures (LR 26-1(b)(3)): | December 17, 2021 |
| 4. Rebuttal Expert Disclosures (LR 26-1(b)(3)): | January 15, 2022 |
| 5. Dispositive Motions (LR 26-1(b)(4)): | March 18, 2022 |
| 6. Joint Pre-Trial Order (LR 26-1(b)(5), (6)): | April 16, 2022 |

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

DATED this 11th day of October, 2021.

**MAINOR WIRTH, LLP**

*/s/ Joseph W. Guindy*

ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
JOSEPH W. GUINDY, ESQ.
Nevada Bar No. 15556
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Attorneys for Plaintiffs*

**IT IS SO ORDERED**.

DATED this 11th day of October, 2021.

**WOOD, SMITH, HENNING & BREMAN, LLP**

*/s/ Analise N. M. Tilton*

JOEL D. ODOU, ESQ.
Nevada Bar No.7468
ANALISE N. M. TILTON, ESQ,
Nevada Bar No. 13185
SUSANA SANTANA, ESQ.
Nevada Bar No. 13753
2881 Business Park Court, Ste. 200
Las Vegas, NV 89128
*Attorneys for Defendants Dmitry Pustylnikov and Knight Transportation, Inc.*

**ORDER**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 12, 2021

# Joey Guindy

| | |
|---|---|
| **To:** | Analise N. M. Tilton; Ash Blackburn; Natalie Cothran |
| **Cc:** | Susana Santana; Johana Whitbeck; Lindsay Hayes |
| **Subject:** | RE: Michaels et al v. Knight - Stipulation |

**From:** Analise N. M. Tilton <atilton@wshblaw.com>
**Sent:** Thursday, October 7, 2021 12:16 PM
**To:** Joey Guindy <jguindy@mwinjury.com>; Ash Blackburn <Ash@mwinjury.com>; Natalie Cothran <Natalie@mwinjury.com>
**Cc:** Susana Santana <SSantana@wshblaw.com>; Johana Whitbeck <JWhitbeck@wshblaw.com>; Lindsay Hayes <Lindsay@mwinjury.com>
**Subject:** RE: Michaels et al v. Knight - Stipulation

Hi Joey,

Just a few minor changes (tracked on the attached). With those changes you may use my e-signature. Thanks!

### Analise N. M. Tilton

Partner | Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200 | Las Vegas, NV 89128-9020
atilton@wshblaw.com | **T** (702) 251-4115 | **M** (702) 249-7399

CALIFORNIA ● NEW YORK ● FLORIDA ● WASHINGTON ● ARIZONA ● COLORADO ● OREGON ● NEW JERSEY ● MASSACHUSETTS ● CONNECTICUT ● PENNSYLVANIA ● GEORGIA ● ILLINOIS ● NORTH CAROLINA ● SOUTH CAROLINA ● LOUISIANA ● NEVADA ● TEXAS

**From:** Joey Guindy <jguindy@mwinjury.com>
**Sent:** Wednesday, October 6, 2021 5:37 PM
**To:** Analise N. M. Tilton <atilton@wshblaw.com>; Ash Blackburn <Ash@mwinjury.com>; Natalie Cothran <Natalie@mwinjury.com>
**Cc:** Susana Santana <SSantana@wshblaw.com>; Johana Whitbeck <JWhitbeck@wshblaw.com>; Lindsay Hayes <Lindsay@mwinjury.com>
**Subject:** [EXTERNAL] RE: Michaels et al v. Knight - Stipulation

Hi Analise,

Please see the attached proposed stipulation to extend discovery deadlines and let me know if I may use your e-signature.

Thanks,
Joey

JOSEPH W. GUINDY, ESQ.
Associate Attorney
MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd. | Suite 150
Las Vegas, Nevada 89148
Tel: 702.464.5000 | Fax: 702.463.4440

jguindy@mwinjury.com | www.mainorwirth.com

1