BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
JOSEPH W. GUINDY, ESQ.
Nevada Bar No. 15556
**MAINOR WIRTH, LLP**
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
Tel: (702) 464-5000
Fax: (702) 463-4440
ash@mwinjury.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS MICHAELS, individually; DEIAN BORISLAV KOLEV, individually; and CHRISTINE LE, individually;<br><br>Plaintiff,<br>vs.<br><br>DMITRY PUSTYLNIKOV, individually; KNIGHT TRANSPORTATION, INC., a Foreign Corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants. | CASE NO.:  2:21-cv-00484-CDS-BNW<br><br>**MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' SUBPOENAS DUCES TECUM TO AT&T, INC. AND SWIFT TRANSPORTATION CO., INC.**<br><br>**Hearing Date: May 23, 2022**<br>**Hearing Time: 1:00 p.m.** |

COME NOW, Plaintiffs CHRIS MICHAELS, DEIAN BORISLAV KOLEV, and CHRISTINE LE, by and through their attorneys of record, BRADLEY S. MAINOR, ESQ., JOSEPH J. WIRTH, ESQ., ASH MARIE BLACKBURN, ESQ., and JOSEPH W. GUINDY, ESQ., of MAINOR WIRTH, LLP, and respectfully move this Court for an Order granting Plaintiffs the right to file Supplemental Briefing in Support of Plaintiffs' Opposition to Defendants' Motion to Quash or in the Alternative Motion for Protective Order Regarding

Plaintiffs' Subpoenas Duces Tecum to AT&T, Inc. and Swift Transportation Co., Inc. pursuant to LR 7-2(g).

On March 22, 2022, Defendants filed a Motion to Quash or in the Alternative Motion for Protective Order relating to Plaintiffs' subpoenas duces tecum (ECF No. 30), which were properly served on March 9, 2022 after having received no timely objection from Defendants. Plaintiffs filed their Opposition on April 5, 2022. (ECF No. 32). On April 12, 2022, Defendants filed their Reply. (ECF No. 33). Now, in accordance with LR 7-2(g), Plaintiffs seek to submit supplemental briefing based on documentation obtained from the subpoena to AT&T, Inc. that further substantiates why Defendants' Motion should be denied.

Local Rule 7-2(g) states, "A party may not file supplemental pleadings, briefs, authorities, or evidence without leave of court granted for good cause." Here, Plaintiffs exercised due diligence to obtain all relevant records and information for submission as part of their Memorandum of Points and Authorities in Opposition to Defendants' Motion.

Certain documentation and information, however, was not received until after Plaintiffs' Opposition had been filed. Specifically, document were obtained from AT&T, Inc. related to Defendant Pustylnikov's cell phone use on the day of the subject collision. The additional documentation and information set forth as part of Plaintiffs' proposed Supplemental Brief (attached hereto at **Exhibit 1**) are significant and directly relevant to the merits of Defendants' contention that Defendant Pustylnikov attempted to contact his employer, Knight Transportation, when the subject collision occurred on February 4, 2019.

Plaintiffs would not oppose the entry of an Order granting a brief extension of time for Defendants to file a supplemental memorandum addressing only the matters set forth in Plaintiffs' Supplemental Brief and an extension of the hearing on Defendants' Motion, currently scheduled for May 23, 2022 at 1:00 p.m.

Accordingly, Plaintiffs respectfully request that the Court enter an Order:

1. Granting Plaintiffs the right to file the attached Supplemental Brief in Support of their Opposition to the Defendants' Motion to Quash or in the Alternative

Motion for Protective Order Regarding Plaintiffs' Subpoenas Duces Tecum to AT&T, Inc. and Swift Transportation Co., Inc.

2. Granting such other and further relief to which this Court finds the Plaintiffs otherwise entitled.

DATED this 17th day of May, 2022.

**MAINOR WIRTH, LLP**

*/s/ Joseph W. Guindy*

ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
JOSEPH W. GUINDY, ESQ.
Nevada Bar No. 15556
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Attorneys for Plaintiff*

## ORDER

IT IS ORDERED that ECF No. 37 is GRANTED to the extent the Court will allow Plaintiffs to file their supplemental brief.

IT IS ORDERED that ECF No. 35 is DENIED as moot.

IT IS FURTHER ORDERED that if Defendants would like to file a response to this supplemental brief, they must do so by 5/19/2022.

IT IS FURTHER ORDERED that the previously scheduled hearing will not be continued.

**IT IS SO ORDERED**

**DATED:** 1:10 pm, May 18, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of May, 2022, I caused a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEFING IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' SUBPOENAS DUCES TECUM TO AT&T, INC. AND SWIFT TRANSPORTATION CO., INC.** to be served via Standard U.S. Mail and electronically, to all parties with an email address on records as follows:

Joel D. Odou, Esq.
Analise N.M. Tilton, Esq.
Susana Santana, Esq.
Wood, Smith, Henning & Berman
2881 Business Park Court
Las Vegas, NV 89128-9020
*Attorneys for Defendants*

/s/ *Lindsay Hayes*

An Employee of **MAINOR WIRTH, LLP**