1   BRADLEY S. MAINOR, ESQ.
    Nevada Bar No. 7434
2   JOSEPH J. WIRTH, ESQ.
    Nevada Bar No. 10280
3   ASH MARIE BLACKBURN, ESQ.
    Nevada Bar No. 14712
4   **MAINOR WIRTH, LLP**
5   6018 S. Fort Apache Road, Ste. 150
    Las Vegas, NV 89148-5652
6   Tel:  (702) 464-5000
    Fax:  (702) 463-4440
7   ash@mwinjury.com
8   *Counsel for Plaintiff*

9                  **UNITED STATES DISTRICT COURT**

10                      **DISTRICT OF NEVADA**

11  CHRIS MICHAELS, individually; DEIAN          CASE NO:  2:21-cv-00484-JAD-BNW
12  BORISLAV KOLEV, individually; and
    CHRISTINE LE, individually;
13                                               **STIPULATION AND ORDER TO**
                     Plaintiff,                  **EXTEND JOINT PRETRIAL ORDER**
14                                               **DEADLINE (SECOND REQUEST)**
    vs.
15
16  DMITRY PUSTYLNIKOV, individually;
    KNIGHT TRANSPORTATION, INC., a
17  Foreign Corporation; DOES I through XX,
    inclusive; and ROE CORPORATIONS I
18  through XX, inclusive,

19  Defendants.

20          Pursuant to LR IA 6-1, the parties, by and through their respective counsel of record,

21  hereby stipulate and request that this Court extend the Joint Pretrial Order deadline in the above-

22  captioned matter.  Good cause exists to extend the remaining deadline for the reasons explained

23  below.

24      **A.  Reasons For the Extension**

25          On September 28, 2022, deciding the matter in chambers, Judge Cristina D. Silva denied a

26  second proposed joint pretrial order without prejudice. In the minute order, Judge Silva indicated

27  that a third proposed joint pretrial order be submitted by October 28, 2022 if the matter did not

28

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

1   resolve at mediation. At the time of Judge Silva's decision, the parties were set to mediate on
2   August 9, 2022. Unfortunately, due to scheduling conflicts, the mediation has been moved to
3   November 15, 2022. Counsel recently conferred regarding an extension of time to submit the
4   parties' Joint Pretrial Order in light of the new mediation date. The parties request that the
5   October 28, 2022 deadline be extended so that the parties are able to provide a proper Joint
6   Pretrial Order to the Court after participating in mediation.

7   **B. Proposed Revised Pretrial Order Schedule**

8         The Joint Pretrial Order is due on October 28, 2022 and the parties are requesting the
9   deadline be moved to December 15, 2022. This request for an extension of time is not sought for
10  any improper purpose or other purpose of delay.  Rather, it is sought by the parties solely for the
11  purpose of conducting mediation on November 15, 2022. The extension of time will allow the
12  parties to participate in meaningful settlement negotiations through mediation. The parties
13  reasonably believe that this matter can be resolved through mediation, thus saving the time and
14  resources of this Court. Accordingly, the parties respectfully submit that the reasons set forth
15  above constitute compelling reasons and good cause for the short extension.
16  ///
17  ///
18  ///
19  ///
20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

WHEREFORE, the parties respectfully request that this Court extend the deadline for submitting their Joint Pretrial Order from the current deadline to December 15, 2022.

DATED this 24th day of October, 2022.

DATED this 24th day of October, 2022.

**MAINOR WIRTH, LLP**

**WOOD, SMITH, HENNING & BREMAN, LLP**

*/s/ Ash Marie Blackburn*
BRADLEY S. MAINOR, ESQ.
Nevada Bar No. 7434
JOSEPH J. WIRTH, ESQ.
Nevada Bar No. 10280
ASH MARIE BLACKBURN, ESQ.
Nevada Bar No. 14712
6018 S. Fort Apache Road, Ste. 150
Las Vegas, NV 89148-5652
*Counsel for Plaintiff*

*/s/Analise N.M. Tilton*
JOEL D. ODOU, ESQ.
Nevada Bar No.7468
ANALISE N. M. TILTON, ESQ,
Nevada Bar No. 13185
SUSANA SANTANA, ESQ.
Nevada Bar No. 13753
2881 Business Park Court, Ste. 200
Las Vegas, NV 89128
*Attorneys for Defendants Dmitry Pustylnikov and Knight Transportation, Inc.*

## <u>ORDER</u>

IT IS SO ORDERED.

DATED this ___25th___ day of October, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**

MAINOR WIRTH, LLP
6018 S. Ft. Apache Rd., Ste. 150, Las Vegas, NV 89148
Phone: (702) 464-5000 | Fax: (702) 463-4440

**From:**                Analise N. M. Tilton <atilton@wshblaw.com>
**Sent:**                Monday, October 24, 2022 4:07 PM
**To:**                Tyler Bixby
**Cc:**                Joel D. Odou; Johana Whitbeck; Susana Santana; Natalie Cothran; Ash Blackburn; Ashlee Clark
**Subject:**                RE: Kolev, Michaels and Le - Proposed STIP to Extend Joint Pretrial Order Deadline
**Attachments:**        2022.10.20 STIP to extend PT Order .doc

Hi Tyler,

You may use my e-sig. Thanks.

**Analise N. M. Tilton**
Partner
**WOOD SMITH HENNING & BERMAN LLP**

**A** 2881 Business Park Court, Suite 200, Las Vegas, NV 89128-9020
**D** 702.251.4115 **M** 702.249.7399
**E** atilton@wshblaw.com **W** www.wshblaw.com

**Personal Bio** · **Facebook** · **LinkedIn** · **Twitter**

---

**From:** Tyler Bixby <tyler@mwinjury.com>
**Sent:** Friday, October 21, 2022 1:48 PM
**To:** Joel D. Odou <jodou@wshblaw.com>; Johana Whitbeck <JWhitbeck@wshblaw.com>; Susana Santana <SSantana@wshblaw.com>;
**Cc:** Natalie Cothran <Natalie@mwinjury.com>; Ash Blackburn <Ash@mwinjury.com>; Ashlee Clark <aclark@mwinjury.com>
**Subject:** [EXTERNAL] Kolev, Michaels and Le - Proposed STIP to Extend Joint Pretrial Order Deadline

Good afternoon counsel,

I have attached a proposed Stip to Extend Joint Pretrial Order Deadline. In light of upcoming mediation, we are requesting the deadline be moved to a month after mediation. Please advise if I may affix your eSignature.

Sincerely,

*Tyler Bixby*
Law Clerk
**MAINOR WIRTH, LLP**
6018 S. Ft. Apache Rd. | Suite 150
Las Vegas, Nevada 89148
Tel: 702.464.5000 | Fax: 702.463.4440
tyler@mwinjury.com



*MAIL CONFIDENTIALITY NOTICE:* The contents of this e-mail message and any attachments are intended solely for the addressee(s) and may contain confidential and/or legally privileged information. If you are not the intended recipient of this message or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and any attachments. If you are not the intended recipient, you are notified that any use,

dissemination, distribution, copying, or storage of this message or any attachment is strictly prohibited. Receipt by anyone other than the named recipient(s) is not a waiver of any attorney-client, work product, or other applicable privilege.

Please consider the environment before printing this e-mail

WSHB CONFIDENTIALITY NOTICE: This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you receive this transmission in error, please notify the sender by reply email and delete this message and any attachments.