Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Susana Santana
Nevada Bar No. 13753
Laura R. Bown
Nevada Bar No. 15706
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com
ssantana@wshblaw.com
lbown@wshblaw.com
*Attorneys for Defendants Dmitry Pustylnikov and*
*Knight Transportation, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

CHRIS MICHAELS, individually; DEIAN BORISLAV KOLEV, individually; and CHRISTINE LE, individually,

　　　　　Plaintiffs

　　v.

DMITRY PUSTYLNIKOV, individually; KNIGHT TRANSPORTATION, INC. a Foreign Corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,

　　　　　Defendants

CASE NO.: 2:21-cv-00484-JAD-BNW

**PROPOSED JOINT PRETRIAL ORDER**

After pretrial proceedings in this case,

IT IS SO ORDERED:

### I.

This is an action for: Defendant Dmitry Pustylnikov, while driving a Knight Transportation truck, attempted to pass another truck on US Highway 6 in Mineral County Nevada, in snowy

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

conditions. As he passed the other truck on the two-lane highway, a Subaru Forrester carrying Plaintiff Christine Le was coming the other direction and an impact occurred. The Forrester was struck on the driver side of the vehicle and pushed into the guard rail. As a result of the collision, Plaintiff allegedly sustained injuries and damages as indicated below. Plaintiff Le is the only remaining Plaintiff in this matter. Plaintiffs Michaels and Kolev have settled their claims.

**Plaintiff's Contentions:** Plaintiff contends this is a personal injury action arising from a motor vehicle accident that occurred on February 4, 2019. Defendant Dmitry Pustylnikov was negligently employed by Defendant Knight Transportation, Inc., in light of a prior drunk driving incident, prior incident driving in the snow that led to his termination at another trucking company, and prior incident driving recklessly while in Knight Transportation, Inc.'s employ. On the date of the incident, Defendant Pustylnikov entered oncoming traffic with his tractor trailer in inclement weather and driving too fast for conditions, attempting to pass another tractor trailer. Defendant Pustylnikov testified that he was attempting to avoid a collision with the vehicle in front of him. As a result, Defendant Pustylnikov caused a near head-on collision with the vehicle Plaintiff occupied, wherein Plaintiff's vehicle was hit on the driver side and pushed into the guard rail. After the incident, despite his duty to do so, Defendant Pustynikov failed to call Knight Transportation, Inc. to immediately report the incident and present himself for drug and alcohol testing. In light of his prior drunk driving incident and his failure to report for drug and alcohol testing, Plaintiff alleges intoxication was a factor in this motor vehicle collision. Plaintiff filed the instant lawsuit wherein she alleges causes of action for: (1) Negligence against Defendant Dmitry Pustylnikov, (2) Negligence/Respondeat Superior against Defendant Knight Transportation, Inc., and (3) Negligent Hiring, Training, Retention and Supervision against Defendant Knight Transportation, Inc. The issues remaining to be determined at trial include: 1) liability as to Plaintiff' negligence/respondeat superior claims, to the extent that Defendant Pustylnikov stands by his testimony that he was attempting to avoid a collision with the vehicle in front of him before turning into oncoming traffic; 2) liability as to Plaintiff's claims for negligent hiring, training, retention and supervision against Knight Transportation, Inc.; 3) the severity of the crash and causal connection between the incident and Plaintiff's injuries; 4) the amount of Plaintiff's damages, which collectively include past medical expenses, future medical

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

expenses, and past and future pain and suffering.

**Defendants' Contentions:**   Defendants contend this is a personal injury action arising from a motor vehicle accident that occurred on February 4, 2019. Defendant Dmitry Pustylnikov was employed by Defendant Knight Transportation, Inc. and was operating a tractor trailer while Plaintiff was traveling in the Subaru Forrester coming in the opposite direction. Defendant Dmitry Pustylnikov attempted to pass another truck on US Highway 6 in Mineral County Nevada, in snowy conditions.  As he passed the other truck on the two-lane highway, Plaintiff's vehicle approached from the other direction. Both vehicles attempted to stop but Defendant Dmitry Pustylnikov's vehicle made contact with the driver side of the Plaintiff's vehicle, which was then pushed into the guard rail. As a result, Plaintiff filed the instant lawsuit wherein she alleges causes of action for: (1) Negligence against all Defendant Dmitry Pustylnikov, (2) Negligence/Respondeat Superior against Defendant Knight Transportation, Inc., and (3) Negligent Hiring, Training, Retention and Supervision against Defendant Knight Transportation, Inc. The issues remaining to be determined at trial include the causal connection between the subject collision and the nature and extent of Plaintiff's claimed injuries and damages, both economic and non-economic, being alleged as a result of the February 4, 2019 incident that gives rise to the instant action.

## II.

Statement of Jurisdiction: Plaintiff resided in Las Vegas, Nevada at the time of the collision and still resides in Las Vegas, Nevada today. Defendant Knight Transportation, Inc. is an Arizona corporation. Defendant Dmitry Pustylnikov was a resident of Florida at the time of the collision and still resides in Florida today.  This matter involves a claim for damages in excess of $75,000. Jurisdiction is therefore based upon diversity of citizenship under 28 U.S.C. § 1332.  The parties admit that jurisdiction is proper and admit that venue is proper pursuant to 28 U.S.C. § 1391.

## III.

The following facts are admitted by the parties and require no proof: Plaintiff and Defendant Dmitry Pustylnikov were involved in a motor vehicle collision on February 4, 2019.

## IV.

The following facts, though not admitted, will not be contested at trial by evidence to the

Case No. 2:21-cv-00484-CDS-BNW

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

contrary: Defendants do not contest that Defendant Dmitry Pustylnikov was in the course and scope of his employment with Knight Transportation, Inc.

**V.**

The following are the issues of fact to be tried and determined at trial:

**A.**  **Plaintiff:**

    1.    Whether Defendant Pustylnikov reasonably attempted to avoid a collision with the vehicle in front of him before turning into oncoming traffic;

    2.    Whether Defendant Knight Transportation, Inc. negligently hired, trained, retained and supervised Defendant Pustylnikov following three prior incidents of reckless driving.

    3.    Whether Defendant Pustylnikov intentionally avoided required drug and alcohol testing immediately after the collision.

    4.    What injuries Plaintiff suffered, if any, as a result of the subject collision.

    5.    What damages Plaintiff suffered, if any, as a result of the subject collision.

    6.    Whether Plaintiff will have future symptoms related to the collision.

    7.    Whether Plaintiff will incur future treatments related to the collision.

    8.    The monetary value of Plaintiff's damages to be awarded, if any, which collectively include past medical expenses, future medical expenses, and past and future pain and suffering.

**B.**  **Defendants:**

    1.    Whether the damages, both economic and non-economic, Plaintiff Le alleges to have suffered as a result of the February 4, 2019 accident are reasonable and accurate. Defendants contends that the damages alleged by Plaintiff in this matter are pre-existing, unreasonable and inaccurate.

    2.    Whether Defendant Knight Transportation, Inc. was negligent and/or breached any duty related to the hiring, training, supervision and retention of Defendant Dmitry Pustylnikov.

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

**VI.**

The following are the issues of law to be tried and determined at trial:

**B.** <u>**Plaintiff:**</u>

1. The issues of law raised by the parties' anticipated motions *in limine*.

2. Whether Defendants are liable for the collision to the to the extent that Defendant Pustylnikov stands by his testimony that he was attempting to avoid a collision with the vehicle in front of him before turning into oncoming traffic;

3. Whether Defendant Knight Transportation, Inc. is liable for its negligent hiring, training, retention and supervision of Defendant Pustylnikov;

4. Whether the subject collision proximately caused injuries to Plaintiff;

5. Whether the subject collision proximately caused damages to Plaintiff;

6. Whether the medical treatment claimed was/is reasonable, necessary, and related to the collision.

**B.** <u>**Defendants:**</u>

1. The issues of law raised by the parties' anticipated motions *in limine*.

2. Whether Plaintiff Le can prove casual connection of claimed damages at trial, including medical causation, medical treatment, injuries and any and all forms of damages being alleged by Plaintiff Le.

3. Whether Plaintiff Le can prove Defendant Knight Transportation, Inc. was negligent or breached any duty related to the hiring, training, supervision and retention of Defendant Dmitry Pustylnikov.

**VII.**

**A.** The following exhibits are stipulated into evidence in this case and may be so marked by the clerk:

| DOCUMENTS | |
|---|---|
| 1. | State of Nevada Traffic Crash Report (Crash number NHP190200300) |
| 2. | Photographs (KNIGHT000012-000016) |
| 3. | Dash Cam Video — H7GC-2CRH0a |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

| 4. | Dash Cam Video — H7GC-2CM1Vc |
| 5. | Dash Cam Video — H7GC-2CM1Eb |
| 6. | DMITRY PUSTYLNIKOV's Handwritten Witness Statement |
| 7. | Plaintiff DEIAN BORISLAV KOLEV Handwritten Witness Statement |
| 8. | Plaintiff CHRISTINE LE's Handwritten Witness Statement |
| 9. | Plaintiff CHRIS MICHAEL's Handwritten Witness Statement |
| 10. | Witness Curtis Renzo's Handwritten Witness Statement |
| 11. | Recorded Statement of Renzo Cubas Audio — DS250710 |
| 12. | Defendant DMITRY PUSTYLNIKOV CDL License |
| 13. | Color Photograph depicting scene of subject collision, produced by Plaintiff DEIAN BORISLAV KOLEV (1) |
| 14. | Color Photograph depicting scene of subject collision, produced by Plaintiff DEIAN BORISLAV KOLEV (2) |
| 15. | Color Photograph depicting scene of subject collision, produced by Plaintiff DEIAN BORISLAV KOLEV (3) |
| 16. | Color Photograph depicting scene of subject collision, produced by Plaintiff DEIAN BORISLAV KOLEV (4) |
| 17. | Color Photograph depicting scene of subject collision, produced by Plaintiff DEIAN BORISLAV KOLEV (5) |
| 18. | Color Photograph depicting property damage to Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Nevada Highway Patrol (1) |
| 19. | Color Photograph depicting property damage to Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Nevada Highway Patrol (2) |
| 20. | Color Photograph depicting property damage to Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Nevada Highway Patrol (3) |
| 21. | Color Photograph depicting property damage to Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Nevada Highway Patrol (4) |
| 22. | Color Photograph depicting property damage to Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Nevada Highway Patrol (5) |
| 23. | Color Photograph depicting property damage to Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Nevada Highway Patrol (6) |
| 24. | Color Photograph depicting property damage to Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Nevada Highway Patrol (7) |
| 25. | Color Photograph depicting property damage to Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Nevada Highway Patrol (8) |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

| 26. | Color Photograph depicting scene of subject collision, produced by Plaintiff DEIAN BORISLAV KOLEV |
| --- | --- |
| 27. | Color Photograph depicting Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Plaintiff DEIAN BORISLAV KOLEV (1) |
| 28. | Color Photograph depicting Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Plaintiff DEIAN BORISLAV KOLEV (2) |
| 29. | Color Photograph depicting Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Plaintiff DEIAN BORISLAV KOLEV (3) |
| 30. | Color Photograph depicting Defendant KNIGHT TRANSPORTATION's 2019 Freightliner Tractor/Trailer (VIN: 3AKJHHDR4KSKJ1091), produced by Plaintiff DEIAN BORISLAV KOLEV (4) |
| 31. | Color Photograph depicting scene of subject collision, produced by Nevada Highway Patrol (Bates No. MW000070) (1) |
| 32. | Color Photograph depicting scene of subject collision, produced by Nevada Highway Patrol (Bates No. MW000070) (2) |
| 33. | Color Photograph depicting scene of subject collision, produced by Nevada Highway Patrol (Bates No. MW000070) (3) |
| 34. | Color Photograph depicting scene of subject collision, produced by Nevada Highway Patrol (Bates No. MW000070) (4) |
| 35. | Color Photograph depicting scene of subject collision, produced by Nevada Highway Patrol (Bates No. MW000070) (5) |
| 36. | Color Photograph depicting scene of subject collision, produced by Nevada Highway Patrol (Bates No. MW000070) (6) |
| 37. | Color Photograph depicting scene of subject collision, produced by Plaintiff DEIAN BORISLAV KOLEV (1) |
| 38. | Color Photograph depicting scene of subject collision, produced by Plaintiff DEIAN BORISLAV KOLEV (2) |
| 39. | Color Photograph depicting scene of subject collision, produced by Defendant DMITRY PUSTYLNIKOV (1) |
| 40. | Color Photograph depicting scene of subject collision, produced by Defendant DMITRY PUSTYLNIKOV (2) |
| 41. | Post-Accident Drug and Alcohol Form for Defendant DMITRY PUSTYLNIKOV dated February 5, 2019 |
| 42. | Bill of Landing |
| 43. | Position History from January 27, 2019 Through February 4/2019 |
| 44. | Drivers Log December 27, Through February 4, 2019 |
| 45. | Qualcomm Messages History for January 27, 2019 Through February 4, 2019 |
| 46. | Maintenance Records- Tractor Repair Order Detail December 26, 2018 |
| 47. | Maintenance Records- Tractor Repair Order Detail December 26, 2018 December 29, 2018 |
| 48. | Maintenance Records- Tractor Repair Order Detail January 14, 2019 |
| 49. | Maintenance Records- Tractor Repair Order Detail January 28, 2019 |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

| 50. | Maintenance Records- Tractor Repair Order Detail February 5, 2019 |
| 51. | Maintenance Records- Tractor Repair Order Detail on February 13, 2019 |
| 52. | Defendant DMITRY PUSTYLNIKOV Nation Medical Review (NMR) Driver Qualification Records Dated February 6, 2019 |
| 53. | Serious Loss Folder Checklist |
| 54. | Online Training - 2017 #12 #14 Zonar training B |
| 55. | Online Training - 2017 Accident Reporting |
| 56. | Online Training - 2017 AUG LED Training |
| 57. | Online Training - 2017 Automatic On Boarding Recording Device |
| 58. | Online Training - 2017 Avoiding Distractions |
| 59. | Online Training - 2017 Chaining Video |
| 60. | Online Training - 2017 Citations |
| 61. | Online Training - 2017 Drug and Alcohol Updated March 10. 2020 |
| 62. | Online Training - 2017 Drug and Alcohol July 13, 2017 to March 10, 2020 |
| 63. | Online Training - 2017 Equipment Maintenance July 6, 2020 to March 10, 2020 |
| 64. | Online Training - 2017 Equipment Operations |
| 65. | Online Training - 2017 Fatigued Driving-Entry Level B |
| 66. | Online Training - 2017 Hours of Service |
| 67. | Online Training - 2017 Lane Changes |
| 68. | Online Training - 2017 New Winter Weather Training |
| 69. | Online Training - 2017 Operations |
| 70. | Online Training - 2017 Permits |
| 71. | Online Training - 2017 Pre-Trip Inspection |
| 72. | Online Training - 2017 Preventing Rollovers |
| 73. | Online Training - 2017 Professional Conduct |
| 74. | Online Training - 2017 Safety and Compliance July 6, 2017 to March 10, 2020 |
| 75. | Online Training - 2017 Safety and Compliance Updated March, 10, 2020 |
| 76. | Online Training - 2017 Safety and Injury Prevention |
| 77. | Online Training - 2017 Scanning and Handling Paperwork |
| 78. | Online Training - 2017 Smartdrive-Smith |
| 79. | Online Training - 2017 ZFinal |
| 80. | Online Training — 2019 to present Equipment Damage Reporting ZEDR19 start date December 15, 2019 |
| 81. | Online Training — 2019 to present High Risk High Value ZHRHV start date December 12, 2019 |
| 82. | Online Training — 2019 to present U Turn Policy and Training with quiz ZUTN19 start date July 17, 2019 |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

| 83. | Bill of Landing |
|---|---|
| 84. | DVIR – Electronic Vehicle Inspection Report, 02/04/19 and 02/01/19 |
| 85. | Defendant DMITRY PUSTYLNIKOV's Responses to Plaintiff DEIAN KOLEV's First set of Interrogatories |
| 86. | Defendant DMITRY PUSTYLNIKOV's Responses to Plaintiff DEIAN KOLEV's First set of Request for Production |
| 87. | Defendant DMITRY PUSTYLNIKOV's Responses to Plaintiff DEIAN KOLEV's First set of Request for Admissions |
| 88. | Defendant DMITRY PUSTYLNIKOV's Responses to Plaintiff DEIAN KOLEV's Second set of Request for Admissions |
| 89. | Defendant KNIGHT TRANSPORTATION's Supplemental Responses to Plaintiff DEIAN KOLEV's First set of Interrogatories |
| 90. | Defendant KNIGHT TRANSPORTATION's Supplemental Responses to Plaintiff DEIAN KOLEV's First set of Request for Production |
| 91. | Defendant KNIGHT TRANSPORTATION's Responses to Plaintiff DEIAN KOLEV's First set of Request for Admissions |
| 92. | Defendant KNIGHT TRANSPORTATION's Responses to Plaintiff DEIAN KOLEV's Second set of Request for Admissions |
| 93. | Defendant Dmitry Pustylnikov's Answers to Interrogatories |
| 94. | Defendant Dmitry Pustylnikov's Supplemental Answers to Interrogatories |
| 95. | Defendant Dmitry Pustylnikov's Responses to Requests for Production |
| 96. | Defendant Dmitry Pustylnikov's Supplemental Responses to Requests for Production |
| 97. | Defendant Dmitry Pustylnikov's Responses to Requests for Admission |
| 98. | Defendant Knight Transportation, Inc.'s Answers to Interrogatories |
| 99. | Defendant Knight Transportation, Inc.'s Supplemental Answers to Interrogatories |
| 100. | Defendant Knight Transportation, Inc.'s Responses to Requests for Production |
| 101. | Defendant Knight Transportation, Inc.'s Supplemental Responses to Requests for Production |
| 102. | Defendant Knight Transportation, Inc.'s Responses to Requests for Admission |
| 103. | Dr. Rosen's Curriculum Vitae, List of Prior Testimony and Fee Schedule |
| 104. | Mr. Jones' Curriculum Vitae, List of Prior Testimony and Fee Schedule |
| 105. | Cole M. Vigil, BSME's Curriculum Vitae |

**B.**     As to the following exhibits, the party against whom the same will be offered objects to their admission on the grounds stated: The parties reserve the right to object to exhibits.  The parties have agreed to reserve any such objections until the time of trial:

/ / /

/ / /

/ / /

**(1)      Plaintiff's Proposed Exhibits:**

| | DOCUMENTS | DEFENDANTS' OBJECTIONS |
|---|---|---|
| 106. | Complaint, filed January 26, 2021 | Hearsay; Prejudicial; Lacks Foundation |
| 107. | Defendant KNIGHT TRANDPORTATION, INC.'s Answer to Plaintiff's Complaint, filed March 24, 2021 | Hearsay; Prejudicial; Lacks Foundation |
| 108. | Defendant DMITRY PUSTYLNIKOV's Answer to Plaintiff's Complaint, filed May 3, 2021 | Hearsay; Prejudicial; Lacks Foundation |
| 109. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN: JF2SJAGCOJH590958) (1) | Hearsay; Prejudicial; Lacks Foundation |
| 110. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN: JF2SJAGCOJH590958) (2) | Hearsay; Prejudicial; Lacks Foundation |
| 111. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN: JF2SJAGCOJH590958) (3) | Hearsay; Prejudicial; Lacks Foundation |
| 112. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN: JF2SJAGCOJH590958) (4) | Hearsay; Prejudicial; Lacks Foundation |
| 113. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN: JF2SJAGCOJH590958) (5) | Hearsay; Prejudicial; Lacks Foundation |
| 114. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN: JF2SJAGCOJH590958) (6) | Hearsay; Prejudicial; Lacks Foundation |
| 115. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN:JF2SJAGCOJH590958) (7) | Hearsay; Prejudicial; Lacks Foundation |
| 116. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN: JF2SJAGCOJH590958) (8) | Hearsay; Prejudicial; Lacks Foundation |
| 117. | Color Photograph depicting property damage to the 2018 Subaru Forester (VIN: JF2SJAGCOJH590958) (9) | Hearsay; Prejudicial; Lacks Foundation |
| 118. | Color Photograph depicting property damage to the Subaru Forester (VIN:JF2SJAGCOJH590958), produced by Nevada Highway Patrol | Hearsay; Prejudicial; Lacks foundation |
| 119. | Sierra Auto Body Works Image Report Regarding the 2018 Subaru Forester (VIN:JF2SJAGCOJH590958) | Hearsay; Prejudicial; Lacks foundation |
| 120. | Claim: 1190205074901 Email, May 9, 2019 Regarding Plaintiff CHRISTINE LE's Property Damage | Hearsay; Prejudicial; Lacks foundation |
| 121. | AT&T, Inc. Subpoena duces Tecum documents dated April 15, 2022 | Hearsay; Prejudicial; Lacks foundation |
| 122. | Swift Transportation Subpoena Duces Tecum documents, dated June 30, 2022 | Hearsay; Prejudicial; Lacks foundation |
| 123. | Defendant DMITRY PUSTYLNIKOV's Deposition Transcript | Hearsay; Will provide objections 60 days before trial |
| 124. | DEIAN KOLEV's Deposition Transcript | Hearsay; Will provide objections 60 days before trial |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

| 125. | CHRIS MICHAELS' Deposition Transcript | Hearsay; Will provide objections 60 days before trial |
|------|----------------------------------------|-------------------------------------------------------|
| 126. | Plaintiff CHRISTINE LE's Deposition Transcript | Hearsay; Will provide objections 60 days before trial |
| 127. | Defendant KNIGHT TRANSPORTATION's FRCP 30(b)(6) Witness, Bradley Hart's, Deposition Transcript | Hearsay; Will provide objections 60 days before trial |
| 128. | Expert report authored by Jim Byrne, dated December 13, 2021 | Hearsay |
| 129. | Jim Byrne's Curriculum Vitae, fee schedule, and testimony list | Lacks foundation |
| 130. | Expert report authored by John E. Baker, dated January 31, 2022 | Hearsay |
| 131. | John E. Baker, Ph.D., P.E.'s Curriculum Vitae, fee schedule, and testimony list | Lacks foundation |
| 132. | Medical Specials Chart | Hearsay; Lacks foundation |
| 133. | Medical Records and Billing for Plaintiff CHRISTINE LE with Custodian of Record Affidavit from Saint Rose Dominican Hospital Siena for February 6, 2019 | Hearsay; Lacks foundation |
| 134. | Medical Records and Billing for Plaintiff CHRISTINE LE from Vituity NV Koury Partners for February 6, 2019 | Hearsay; Lacks foundation |
| 135. | Medical Records and Billing for Plaintiff CHRISTINE LE from Spinal Rehabilitation Center for February 12, 2019 through April 19, 2019 | Hearsay; Lacks foundation |
| 136. | Medical Records and Billing for Plaintiff CHRISTINE LE from Shield Radiology Consultants for February 14, 2019 | Hearsay; Lacks foundation |
| 137. | Medical Records and Billing for Plaintiff CHRISTINE LE Nevada Medical Consultants for February 13, 2019 through March 14, 2019 | Hearsay; Lacks foundation |
| 138. | Medical Records and Billing for Plaintiff CHRISTINE LE with Custodian of Record Affidavit from PayLater Pharmacy for February13, 2019 | Hearsay; Lacks foundation |
| 139. | Medical Records and Billing for Plaintiff CHRISTINE LE with Custodian of Record Affidavit from Pueblo Medical Imaging for February 19, 2019 through February 22, 2021 | Hearsay; Lacks foundation |
| 140. | Plaintiff CHRISTINE LE's imaging from Pueblo Medical Imaging | Hearsay; Lacks foundation |
| 141. | Medical Records and Billing for Plaintiff CHRISTINE LE with Custodian of Record Affidavit from Select Physical Therapy for April 26, 2019 through December 5, 2019 | Hearsay; Lacks foundation |
| 142. | Medical Records and Billing for Plaintiff CHRISTINE LE with Custodian of Record Affidavit from Orthopedic & Sports Medicine Institute for March 12, 2019 through May 23, 2022 | Hearsay; Lacks foundation |
| 143. | Plaintiff CHRISTINE LE's Medical Records and Billing from Anesthesia Consultants for date of service July 28, 2022 | Hearsay; Lacks foundation |

| 144. | Plaintiff CHRISTINE LE's Medical Records and Billing from Orthopedics & Sports Medicine Institute of Las Vegas for dates of service September 1, 2021 through November 7, 2022 | Hearsay; Lacks foundation |
|------|------|------|
| 145. | Plaintiff CHRITSINE LE's Billing Record from Heart Center of Nevada for date of service July 28, 2022 | Hearsay; Lacks foundation |
| 146. | Plaintiff CHRITSINE LE's Billing Record from Pacific Pulmonary Services for date of service July 28, 2022 | Hearsay; Lacks foundation |
| 147. | Plaintiff CHRITSINE LE's Billing Record from Valley Hospital Medical Center for date of service July 28, 2022 | Hearsay; Lacks foundation |
| 148. | Plaintiff CHRITSINE LE's Billing Record from Valley Hospital Medical Center for date of service September 22, 2022 | Hearsay; Lacks foundation |
| 149. | Plaintiff CHRITSINE LE's Billing Record from Dignity Health Physical Therapy for date of service October 11, 2022 to November 18, 2022 | Hearsay; Lacks foundation |

Plaintiff reserves the right to use any documents disclosed by Defendants, including those which experts have reviewed and formed opinions, such as reports; pleadings; correspondence; notes and medical records and billing.

Plaintiff may use any and all writings, published works, journals, treatises, medical texts, affidavits, films, drawings, graphs, charts, photographs, reports, computer tapes, computer discs, and other data compilations, and other medical reference materials which Plaintiff and/or Plaintiff's expert(s) use in support of Plaintiff's allegations. By disclosing documents, Plaintiff does not waive the right to challenge and exclude documents, or portions thereof, on any basis.

Plaintiff may offer documents needed for rebuttal or impeachment purposes, including, but not limited to, discovery obtained during the course of litigation as permitted; pleadings; and other documentation in accordance with admissible evidence. There may be additional exhibits which Plaintiffs may wish to offer at the time of trial, not listed above. When and if that determination is made, notice will be given immediately and supplied to the Court and to Defendants.

Plaintiff may offer the following exhibits at trial, some of which are demonstrative in nature, as needed:

1. Clips from deposition videos of various witnesses in this case;

2. Demonstrative photographs and videos of pain management procedures and other diagnostic tests Plaintiff has undergone and will undergo in the future;

3. Actual diagnostic studies and computer digitized diagnostic studies;

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

4.   Samples of the needles and surgical tools used in Plaintiff's various diagnostic and therapeutic pain management procedures and future medical procedures;

5.   Diagrams, drawings, pictures, photos, films, videos, DVD and/or CD ROM of various parts of the human body, diagnostic tests and pain management procedures related to Plaintiff's injuries, medical treatment and future medical treatment;

6.   Computer simulation, finite element analysis and similar forms of computer visualization;

7.   Power point images/drawings/diagrams/animations/story boards depicting the facts and circumstances of the subject accident, the parties involved, the location of the subject accident and what occurred in the subject accident;

8.   Pictures of Plaintiff prior to and subsequent to the subject collision;

9.   Medical treatment and pain management timeline;

10. Future medical timeline;

11. Story boards and computer digitized power point images;

12. Blow-ups/transparencies/digitized images of medical records, medical bills, photographs and other exhibits;

13. Diagrams/story boards/computer re-enactment of the subject accident;

14. Models of the human body related to Plaintiff's injuries.

**(2)      Defendants' Proposed Exhibits:**

| DOCUMENT DESCRIPTION | BATES NUMBER | PLAINTIFFS' OBJECTIONS |
|---|---|---|
| Email, 03/29/19 | KNIGHT000538-000539 | Relevance |
| Chris Michaels – Venmo screenshots | KNIGHT004339-004348 | Relevance |
| Christine Le – Surveillance Video - Jason Holmly - Le, Christine 12.20.2019.wmv.m4v | KNIGHT004474 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Jason Holmly - Le, Christine 12.26.2019.wmv | KNIGHT004475 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Jason Holmly - Le, Christine 12.28.2019.wmv | KNIGHT004476 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Lisa - Le Christine  12-2-2020 2020-12-03 11-47-46 | KNIGHT004477 | Relevance; Lack of Foundation |

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

| | | |
|---|---|---|
| Christine Le – Surveillance Video - Lisa - Le Christine 11-27-2020_2020-12-03 11-28-32 | KNIGHT004478 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Lisa - Le Christine 11-28-2020_2020-12-03 11-34-02 | KNIGHT004479 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Lisa Schultz - Le Christine 1-6,7,8-2020_17-44-29_0002 (1) | KNIGHT004480 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Lisa Schultz - Le Christine 1-6,7,8-2020_17-44-29_0002 | KNIGHT004481 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Lisa Schultz - Le Christine 6-2,3,4-2020_12-29-19 | KNIGHT004482 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Lisa Schultz - Le Christine 9-10-19_13-38-04_0002 | KNIGHT004483 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Lisa Schultz - Le Christine 9-11-19_10-06-37_0002 | KNIGHT004484 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video -Lisa Schultz - Le Christine 9-16-19 # 1_09-05-49_0002 | KNIGHT004485 | Relevance; Lack of Foundation |
| Christine Le – Surveillance Video - Lisa Schultz - Le Christine 9-16-19 # 2_09-27-47_0002 | KNIGHT004486 | Relevance; Lack of Foundation |
| Christine Le – Venmo screenshots | KNIGHT004505-004514 | Relevance; Lack of Foundation |
| Christine Le - Social Media | KNIGHT004515-004548 | Relevance; Lack of Foundation |
| Chris Michaels - Social Media | KNIGHT004549-004635 | Relevance; Lack of Foundation |
| *Guernier, et al. adv. Ansara* (A-10-622287-C) Reporter's Transcript of Jury Trial 09/12/12 (for impeachment purposes) | KNIGHT004859-004959 | Relevance |
| Photos from *Guernier, et al. adv. Ansara* matter A-10-622287-C (for impeachment purposes) | KNIGHT004960-004968 | Relevance; more prejudicial than probative |
| Dr. Rosen's Additional Medical Records Review Report dated October 10, 2021 | EXP-ROSEN000020-000021 | Hearsay |
| Dr. Rosen's Medical Records Review Report regarding Plaintiff Christine Le dated August 4, 2019 | EXP-ROSEN0000014-000019 | Hearsay |
| Dr. Rosen's supplemental/rebuttal report, dated January 13, 2022 | EXP-ROSEN000020-000021 | Hearsay |
| Mr. Jones' Records Report dated December 2, 2021 | EXP-JONES0000062-000131 | Hearsay |
| Mr. Jones' supplemental report dated March 11, 2022 | EXP-JONES000135-000141 | Hearsay |
| Plaintiff Deian Kolev's Answers to Interrogatories | N/A | Relevance; hearsay |
| Plaintiff Deian Kolev's Amended Answers to Interrogatories | N/A | Relevance; hearsay |
| Plaintiff Deian Kolev's Responses to Requests for Production | N/A | Relevance; hearsay |

| | | |
|---|---|---|
| Plaintiff Deian Kolev's Responses to Requests for Admission | N/A | Relevance; hearsay |
| Plaintiff Chris Michael's Answers to Interrogatories | N/A | Relevance; hearsay |
| Plaintiff Chris Michael's Responses to Requests for Production | N/A | Relevance; hearsay |
| Plaintiff Chris Michael's Responses to Requests for Admission | N/A | Relevance; hearsay |
| Plaintiff Christine Le's Answers to Interrogatories | N/A | Relevance |
| Plaintiff Christine Le's Responses to Requests for Production | N/A | Relevance |
| Plaintiff Christine Le's Responses to Requests for Admission | N/A | Relevance |
| Deposition Transcript of Plaintiff Chris Michaels | N/A | Will provide objections 60 days before trial |
| Deposition Transcript of Plaintiff Deian Kolev | N/A | Will provide objections 60 days before trial |
| Deposition Transcript of Plaintiff Christine Le | N/A | Will provide objections 60 days before trial |
| Deposition Transcript of Defendant Dmitry Pustylnikov | N/A | Will provide objections 60 days before trial |
| Deposition Transcript of Knight Transportation, Inc.'s 30b6 | N/A | Will provide objections 60 days before trial |

Defendants may offer, at trial, certain Exhibits for demonstrative purposes including, but not limited to the following:

1.    Demonstrative and charts relating to Plaintiff's damage claims;

2.    Story board and computer digitized power point images;

3.    Blow-ups/transparencies/digitized images of various records

Defendants reserve the right to offer into evidence any exhibit timely and properly disclosed during discovery for the purpose of demonstration at trial. Additionally, Defendants reserve the right to offer into evidence any exhibit offered by any other parties to this action.

Defendants reserve the right to offer into evidence any exhibit timely and properly disclosed during discovery for the purpose of impeachment.

Defendants reserve the right to utilize and/or seek to publish and/or admit into evidence all

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

deposition testimony, all affidavits filed or attached to any motion or pleading in this case, and all responses to discovery from any party in this case for purposes of impeachment.

Defendants reserve the right to offer into evidence any exhibit timely and properly disclosed during discovery for the purposes of rebuttal.

Defendants reserve the right to offer into evidence any exhibit offered by any other parties to this action.

**C.**     **Electronic Evidence**: The parties will submit electronic evidence to the jury for purposes of deliberation.

**D.**     **Depositions:** Pursuant to the Court's Minute Order in Chambers on September 28, 2022, the parties agree to provide page and line designations of witnesses' depositions that will be played or read in at trial no later than sixty (60) days prior to the trial date.

(1) Plaintiff will offer the following depositions: Deian Kolev, Chris Michaels, Christine Le, Knight Transportation Inc.'s FRCP 30(b)(6) Witness Bradley Hart.

(2) Defendants will offer the following depositions: Deian Kolev, Chris Michaels, Christine Le, Knight Transportation Inc.'s FRCP 30(b)(6) Witness Bradley Hart.

**E.**     **Objections to Depositions:** (1) Defendants object to Plaintiff's depositions as follows: Pursuant to the Court's Minute Order in Chambers on September 28, 2022, the parties agree to provide page and line designations of witnesses' depositions that will be played or read in at trial no later than sixty (60) days prior to the trial date. The parties agree objections and counter-designations will be due seven (7) days following the initial designations.

(2) Plaintiff objects to Defendants' depositions as follows: Pursuant to the Court's Minute Order in Chambers on September 28, 2022, the parties agree to provide page and line designations of witnesses' depositions that will be played or read in at trial no later than sixty (60) days prior to the trial date. The parties agree objections and counter-designations will be due seven (7) days following the initial designations.

**VIII.**

The following witnesses may be called upon by the parties at trial:

**(a)**     **Plaintiff's Witnesses:** Plaintiff intends to call the following witnesses:

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1.  Plaintiff CHRISTINE LE
    c/o Bradley S. Mainor, Esq.
    Joseph J. Wirth, Esq.
    Ash Marie Blackburn, Esq.
    Joseph W. Guindy, Esq.
    MAINOR WIRTH, LLP
    6018 South Fort Apache Road, Suite 150
    Las Vegas, Nevada 89148
    (702) 464-5000

2.  Witness CHRIS MICHAELS
    c/o Bradley S. Mainor, Esq.
    Joseph J. Wirth, Esq.
    Ash Marie Blackburn, Esq.
    Joseph W. Guindy, Esq.
    MAINOR WIRTH, LLP
    6018 South Fort Apache Road, Suite 150
    Las Vegas, Nevada 89148
    (702) 464-5000

3.  Witness DEIAN BORISLAV KOLEV
    c/o Bradley S. Mainor, Esq.
    Joseph J. Wirth, Esq.
    Ash Marie Blackburn, Esq.
    Joseph W. Guindy, Esq.
    MAINOR WIRTH, LLP
    6018 South Fort Apache Road, Suite 150
    Las Vegas, Nevada 89148
    (702) 464-5000

4.  Defendant DMITRY PUSTYLNIKOV
    c/o Joel D. Odou, Esq.
    Analise N.M. Tilton, Esq.
    WOOD, SMITH, HENNING & BERMAN, LLP
    2881 Business Park Court, Suite 200
    Las Vegas, Nevada 89128-9020
    (702) 251-4100

5.  Witness, BRADLEY HART
    FRCP 30(b)(6) Corporate Representative(s)
    Person(s) Most Knowledgeable
    Custodian of Records
    Defendant KNIGHT TRANSPORTATION, INC.
    c/o Joel D. Odou, Esq.
    Analise N.M. Tilton, Esq.
    WOOD, SMITH, HENNING & BERMAN, LLP
    2881 Business Park Court, Suite 200
    Las Vegas, Nevada 89128-9020
    (702) 251-4100

6.  Jim Byrne
    DYNAMIC SAFETY, LLC
    1400 Ensell Road
    Lake Zurich, Illinois 60047
    (847) 550-8560

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1    7.    John E. Baker, Ph.D., P.E.,
2          7380 South Eastern Avenue Suite 124-142
           Las Vegas, NV 89123
3          (702) 334-9033

4    8.    Randa Bascharon, DO
           Custodian of Records
5          ORTHOPEDICS & SPORTS MEDICINE
           INSTITUTE OF LAS VEGAS
6          7281 West Sahara Avenue, Suite 110
           Las Vegas, Nevada 89117

7    9.    Nick Liu, D.O
           ADVANCED ORTHOPEDICS & SPORTS MEDICINE
8          8420 Warm Springs Road, Suite 100
           Las Vegas, Nevada 89113
9          (702) 740-5327

10   10.   Michael Heath, D.C.
           SPINAL REHABILITATION CENTER
11         100 North Green Valley Parkway, Suite 140
           Henderson, Nevada 89074
12         (702) 776-8100

13   11.   Keith M. Lewis, M.D.
           Nader Beheshi, M.D.
14         Rolanda Garcia
           Custodian of Records
15         PUEBLO MEDICAL IMAGING
           P.O. Box 30077, Department 306
16         Salt Lake City, Utah 84130-0102
           (702) 228-0031
17
     12.   Thomas Shang, M.D.
18         NV MEDICAL CONSULTANTS
           10040 West Cheyenne Avenue, Suite 170-18
19         Las Vegas, Nevada 89129
           (702) 371-0885
20

21   The following witnesses may be called if the need arises:

22   13.   Witness RENZO CUBAS
           6031 Dover Palace Street
23         Las Vegas, Nevada 89113
           (919) 264-0880
24
     14.   Witness SAM MOLINA
25         6454 Lake Scene Street
           Las Vegas, Nevada 89148
26
     15.   Witness LOREN RICHARDSON
27         2724 Crescent Avenue
           Clovis, California 93612
28   ///

16. Witness ERIC BRAND
    (520) 965-5471

17. Trooper WESLEY HUBRED (ID No. H4166)
    Custodian of Records
    c/o NEVADA HIGHWAY PATROL
    4615 West Sunset Road
    Las Vegas, Nevada 89118
    (702) 486-4100

18. Custodian of Records
    SPINAL REHABILITATION CENTER
    100 North Green Valley Parkway, Suite 140
    Henderson, Nevada 89074
    (702) 776-8100

19. Ammon Strehlow, DC, DACBR
    SHIELD RADIOLOGY CONSULTANTS
    5135 Camino Al Norte Road, Suite 100
    North Las Vegas, Nevada 89031
    (8000) 330-0772

20. Custodian of Records
    SHIELD RADIOLOGY CONSULTANTS
    5135 Camino Al Norte Road, Suite 100
    North Las Vegas, Nevada 89031
    (8000) 330-0772

21. Manoj Nath, M.D.
    Custodian of Records
    NV MEDICAL CONSULTANTS
    10040 West Cheyenne Avenue, Suite 170-18
    Las Vegas, Nevada 89129
    (702) 371-0885

22. Custodian of Records
    PAYLATER PHARMACY
    552 East Charleston Boulevard
    Las Vegas, Nevada 89104
    (702) 852-6600

23. Shanie Reed
    Thomman Kuruvilla, DPM
    Thomas O'Brien, PA
    Megan Bichsel, PA-C
    Custodian of Records
    ADVANCED ORTHOPEDICS & SPORTS MEDICINE
    8420 Warm Springs Road, Suite 100
    Las Vegas, Nevada 89113
    (702) 740-5327

/ / /

/ / / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

24.   Fredrick Dubois, PT
      Logan P. Bretney, PT
      Jesus E. Garcia-Camacho, PT
      Jeffrey W. Haines, PTA
      Julia C. Hanson, PT
      Kira Markus, PT
      Brianna Gulgnard
      Cumberland
      Custodian of Records
      SELECT PHYSICAL THERAPY
      400 North Stephanie Street, Suite 310
      Henderson, Nevada 89014-6608
      (702) 454-1162

25.   Rosa Cancel
      Custodian of Records
      SELECT PHYSICAL THERAPY
      400 North Stephanie Street, Suite 310
      Henderson, Nevada 89014-6608
      (702) 454-1162

26.   Jason Kim, DO
      Maria Dubose, PAC
      Dallas Carlos
      Shiela Tabios, RN
      Thomas Zyniewicz, DO
      Marvin Go, RN
      Jessica Sanchez, RN
      Michael Hixson, MD
      Christopher Robertson, PA-C
      Aileen Atienza, RN
      Patricia Keever, RN
      Custodian of Records
      ST. ROSE DOMINICAN HOSPITAL – SIENA CAMPUS
      3001 St. Rose Parkway
      Henderson, Nevada 89052
      (702) 616-5000

27.   Michael Owen, Legal Compliance Analyst
      AT&T, INC.
      11760 US Highway 1, Suite 300
      North Palm Beach, Florida 33408
      (800) 635-6840

28.   Mark J. Rosen, M.D.
      BONE AND JOINT SPECIALISTS
      2680 Crimson Canyon Drive
      Las Vegas, NV 89128
      (702) 474-7200

///

///

///

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

29.    Brian K. Jones, MSBE, P.E., CXLT, ACTAR
       Cole M. Vigil, MSBE
       AMERICAN BIO ENGINEERS
       6905 W. Charleston Blvd., Suite 110
       Las Vegas, NV 89117
       (702) 395-6768

Plaintiff reserves the right to call any witnesses identified by the parties during the course of discovery;

Plaintiff reserves the right to call rebuttal and/or impeachment witnesses at trial;

Plaintiff reserves the right to call any of Defendants' experts as witnesses.

**(b)**    **Defendants' Witnesses:**  Defendants intend to call the following witnesses:

1.    Chris Michaels
      c/o Bradley S. Mainor, Esq.
      Joseph J. Wirth, Esq.
      Ash Marie Blackburn, Esq.
      Joseph W. Guindy, Esq.
      MAINOR WIRTH, LLP
      6018 S. Ft. Apache Road, Suite 150
      Las Vegas, NV 89148
      (702) 464-5000

2.    Deian Borislav Kolev
      c/o Bradley S. Mainor, Esq.
      Joseph J. Wirth, Esq.
      Ash Marie Blackburn, Esq.
      Joseph W. Guindy, Esq.
      MAINOR WIRTH, LLP
      6018 S. Ft. Apache Road, Suite 150
      Las Vegas, NV 89148

3.    Christine Le
      c/o Bradley S. Mainor, Esq.
      Joseph J. Wirth, Esq.
      Ash Marie Blackburn, Esq.
      Joseph W. Guindy, Esq.
      MAINOR WIRTH, LLP
      6018 S. Ft. Apache Road, Suite 150
      Las Vegas, NV 89148
      (702) 464-5000

/ / /

/ / /

/ / /

/ / /

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

4.  Dmitry Pustylnikov
    c/o Joel D. Odou, Esq.
    Analise N. M. Tilton, Esq.
    Susana Santana, Esq.
    Laura R. Bown, Esq.
    Wood, Smith, Henning & Berman LLP
    2881 Business Park Court, Suite 200
    Las Vegas, Nevada 89128-9020
    (702) 251-4100

5.  30(b)(6) Designee for Knight Transportation, Inc.
    c/o Joel D. Odou, Esq.
    Analise N. M. Tilton, Esq.
    Susana Santana, Esq.
    Laura R. Bown, Esq.
    Wood, Smith, Henning & Berman LLP
    2881 Business Park Court, Suite 200
    Las Vegas, Nevada 89128-9020
    (702) 251-4100

6.  30(b)(6) Designee for Nevada Highway Patrol
    4615 W. Sunset Rd.
    Las Vegas, NV 89118
    (702) 486-4100

7.  Officer Wesley Hubred, ID No. H4166
    Nevada Highway Patrol
    4615 W. Sunset Rd.
    Las Vegas, NV 89118
    (702) 486-4100

8.  Renzo A. Cubas
    6031 Dover Palace Street
    Las Vegas, NV 89113
    (919) 264-0880

9.  Rudy Rios, West Coast Regional Manager and/or
    Lisa Schultz and/or Jason Holmly and/or Custodian of Records for
    Marshall Investigative Group, Inc.
    401 Devon Ave.
    Park Ridge, IL 60068
    Ph. (855) 350-6474

10. Mark J. Rosen, M.D.
    Bone and Joint Specialists
    2680 Crimson Canyon Drive
    Las Vegas, NV 89128
    (702) 474-7200

11. Brian K. Jones, MSBE, P.E., CXLT, ACTAR
    Cole M. Vigil, MSBE
    American Bio Engineers
    6905 W. Charleston Blvd., Suite 110
    Las Vegas, NV 89117
    (702) 395-6768

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1  Defendants have not as of yet issued or served subpoenas on any witnesses. When and if that

2  determination is made, notice will be given immediately and supplied to the Court and to Plaintiff.

3  Defendants have listed the witnesses whom they expect to call at trial. When and if the determination

4  is made that additional witnesses may need to be called to testify, notice will be given immediately

5  and supplied to the Court and to Plaintiff.

6  The parties reserve the right to object or otherwise contest the admissibility of witnesses

7  and/or exhibits.

8  **IX.**

9  The attorneys or parties have met and jointly offer these three (3) trial dates:

10  <u>May 8, 2023</u>       <u>May 15, 2023</u>       <u>June 5, 2023</u>

11  It is expressly understood by the undersigned that the Court will set the trial of this matter on

12  one of the agreed-upon dates if possible; if not, the trial will be set at the convenience of the Court's

13  calendar.

14  **X.**

15  It is estimated that the trial herein will take a total of 5-7 days.

16  DATED this 15th day of December, 2022.         DATED this 15th day of December, 2022.

17  **WOOD, SMITH, HENNING &**                      **MAINOR WIRTH, LLP**
   **BREMAN, LLP**

18

19  _/s/ Analise N. M. Tilton_                      _/s/ Ash Marie Blackburn_

20  JOEL D. ODOU, ESQ.                              BRADLEY S. MAINOR, ESQ.
   Nevada Bar No.7468                              Nevada Bar No. 7434

21  ANALISE N. M. TILTON, ESQ,                      JOSEPH J. WIRTH, ESQ.
   Nevada Bar No. 13185                            Nevada Bar No. 10280

22  SUSANA SANTANA                                  ASH MARIE BLACKBURN, ESQ.
   Nevada Bar No. 13753                            Nevada Bar No. 14712

23  LAURA R. BOWN                                   6018 S. Fort Apache Road, Ste. 150
   Nevada Bar No. 15706                            Las Vegas, NV 89148-5652

24  2881 Business Park Court, Ste. 200             _Attorneys for Plaintiff Christine Le_

25  Las Vegas, NV 89128
   _Attorneys for Defendant Knight_

26  _Transportation, Inc. and Dmitry_
   _Pustylnikov_

27

28

**XI.**

This case is set for **JURY TRIAL** on the stacked calendar on <u>Monday, May 8, 2023</u> at <u>9:00</u> a.m. and Calendar Call will be held on <u>Thursday, April 27, 2023</u> at <u>9:30</u> a.m. in courtroom 6B.

DATED this <u>16th</u> day of December, 2022.

_____

**UNITED STATES DISTRICT JUDGE**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405

1

## <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on this 15th day of December, 2022, a true and correct copy

3

of **PROPOSED JOINT PRETRIAL ORDER** was served via the United States District Court

4

CM/ECF system on all parties or persons requiring notice.

5

6

By   */s/ Johana Whitbeck*

7

Johana Whitbeck, an Employee of
WOOD, SMITH, HENNING & BERMAN LLP

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
2881 BUSINESS PARK COURT, SUITE 200
LAS VEGAS, NEVADA 89128-9020
TELEPHONE 702 251 4100 ♦ FAX 702 251 5405