Joel D. Odou
Nevada Bar No. 7468
Analise N. M. Tilton
Nevada Bar No. 13185
Susana Santana
Nevada Bar No. 13753
Laura R. Bown
Nevada Bar No. 15706
**WOOD, SMITH, HENNING & BERMAN LLP**
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Phone: 702 251 4100 ♦ Fax: 702 251 5405
jodou@wshblaw.com
atilton@wshblaw.com
ssantana@wshblaw.com
lbown@wshblaw.com

Attorneys for Defendants, Dmitry Pustylnikov
and Knight Transportation, Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CHRIS MICHAELS, individually; DEIAN BORISLAV KOLEV, individually; and CHRISTINE LE, individually,<br><br>Plaintiffs<br><br>v.<br><br>DMITRY PUSTYLNIKOV, individually; KNIGHT TRANSPORTATION, INC. a Foreign Corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants | Case No. 2:21-cv-00484-CDS-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS BY PLAINTIFFS CHRIS MICHAELS AND DEIAN KOLEV, ONLY, WITH PREJUDICE** |

COMES NOW, Plaintiffs, CHRIS MICHAELS and DEIAN KOLEV (hereinafter "Plaintiffs") and Defendants, KNIGHT TRANSPORTATION, INC. and DMITRY PUSTYKLNIKOV (hereinafter "Defendants"), by and through their undersigned counsel and hereby STIPULATE to DISMISSAL of Plaintiffs Chris Michael and Deian Kolev, only, WITH PREJUDICE, against DEFENDANTS Knight Transportation, Inc. and Dmitry Pustylnikov. Each party to bear their own fees and costs.

This stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

DATED: January 30, 2023

**MAINOR WIRTH, LLP**

By: */s/ Joseph W. Guindy*
BRADLEY S. MAINOR
Nevada Bar No. 7434
JOSEPH J. WIRTH
Nevada Bar No. 10280
ASH MARIE BLACKBURN
Nevada Bar No. 14712
JOSEPH W. GUINDY
Nevada Bar No. 15556
6018 S. Fort Apache Road, Suite 150
Las Vegas, NV 89148

*Attorney for Plaintiffs*

DATED: January 30, 2023

**WOOD, SMITH, HENNING & BERMAN, LLP**

By: */s/ Analise N. M. Tilton*
JOEL D. ODOU
Nevada Bar No. 7468
ANALISE N. M. TILTON
Nevada Bar No. 13185
SUSANA SANTANA
Nevada Bar No. 13753
LAURA R. BOWN
Nevada Bar No. 15706
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Tel. 702 251 4100

*Attorneys for Defendants, Dmitry Pustylnikov and Knight Transportation, Inc.*

**IT IS SO ORDERED** by and between plaintiffs Chris Michaels and Deian Kolev ("plaintiffs"), and defendants Dmitry Pustylnikov and Knight Transportation, Inc. ("defendants"), by and through their counsel of record, that plaintiffs' causes of action and claims against defendants are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2). Each party to bear their own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
DATED: February 1, 2023