Joel D. Odou
Nevada Bar No. 7468
Susana Santana
Nevada Bar No. 13753
Kyle J. Hoyt
Nevada Bar No. 14886
Wood, Smith, Henning & Berman LLP
2881 Business Park Court, Suite 200
Las Vegas, Nevada 89128-9020
Telephone: 702 251 4100
Facsimile: 702 251 5405
jodou@wshblaw.com
ssantana@wshblaw.com
khoyt@wshblaw.com

*Attorneys for Defendants, Dmitry Pustylnikov and Knight Transportation, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| CHRIS MICHAELS, individually; DEIAN BORISLAV KOLEV, individually; and CHRISTINE LE, individually,<br><br>Plaintiffs<br><br>v.<br><br>DMITRY PUSTYLNIKOV, individually; KNIGHT TRANSPORTATION, INC. a Foreign Corporation; DOES I through XX, inclusive; and ROE CORPORATIONS I through XX, inclusive,<br><br>Defendants | Case No. 2:21-cv-00484-CDS-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs, CHRIS MICHAELS, individually; DEIAN BORISLAV KOLEV, individually; and CHRISTINE LE, individually, by and through their undersigned counsel, and hereby stipulate to dismissal of this entire action, with prejudice, with each party to bear its own attorneys' fees and costs.

/ / /

/ / /

/ / /

28150255.1:10092-0069

This stipulation may be executed in one or more counterparts, each of which shall constitute a duplicate original. A facsimile or other non-original signature shall still create a binding and enforceable agreement.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 3, 2023 | Dated: May 2, 2023 |
| **WOOD, SMITH, HENNING & BERMAN, LLP** | **MAINOR WIRTH, LLP** |
| By: /s/ Joel D. Odou | By: /s/ Joseph W. Guindy |
| JOEL D. ODOU<br>Nevada Bar No. 7468<br>SUSANA SANTANA<br>Nevada Bar No. 13753<br>KYLE J. HOYT<br>Nevada Bar No. 14886<br>2881 Business Park Court, Suite 200<br>Las Vegas, Nevada 89128-9020<br>*Attorneys for Defendants,*<br>*Dmitry Pustylnikov and Knight*<br>*Transportation, Inc.* | BRADLEY S. MAINOR<br>Nevada Bar No.: 7434<br>JOSEPH W. GUINDY<br>Nevada Bar No.: 10280<br>ASH MARIE BLACKBURN<br>Nevada Bar No.: 14712<br>6018 S. Ft. Apache Road, Suite 150<br>Las Vegas, NV 89148<br>*Attorneys for Plaintiffs* |

## ORDER

Pursuant to the above stipulation, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this matter is hereby dismissed WITH PREJUDICE, each party to bear its own attorney's fees and costs. The Clerk of Court may close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: May 4, 2023

28150255.1:10092-0069